IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Jollyette | Case Number: 04 B 32686 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 9/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  December 12, 2007
Confirmed:  October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,045.34 | |
| Secured: | | 8,735.58 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 609.76 |
| Other Funds: | | 0.00 |
| Totals: | 12,045.34 | 12,045.34 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nationwide Acceptance Corp | Secured | 1,646.86 | 1,145.11 |
| 3. | Nuvell Financial Services | Secured | 11,173.08 | 7,590.47 |
| 4. | Nationwide Acceptance Corp | Unsecured | 1,134.75 | 0.00 |
| 5. | Nuvell Financial Services | Unsecured | 71.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 463.27 | 0.00 |
| 7. | Hollywood Casino | Unsecured | | No Claim Filed |
| 8. | Hollywood Casino | Unsecured | | No Claim Filed |
| 9. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 10. | RUMC-University Neurologists | Unsecured | | No Claim Filed |
| 11. | RUMC-University Neurologists | Unsecured | | No Claim Filed |
| 12. | RUMC-University Neurologists | Unsecured | | No Claim Filed |
| | | | $ 17,188.96 | $ 11,435.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 170.96 |
| 4% | 22.24 |
| 3% | 59.14 |
| 5.5% | 210.38 |
| 5% | 42.50 |
| 4.8% | 81.59 |
| 5.4% | 22.95 |
| | $ 609.76 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Jollyette | Case Number: 04 B 32686 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 9/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    *[signature]*
    _____